IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Schwab & Co., Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:19-cv-03833 |
| Felipe Gomez, and Arthur James Muellman Gomez | ) ) ) |
| Defendants. | ) |

**DEFENDANTS JOINT REPORT, REQUEST TO DECIDE MOTION TO VACATE [191] ORDER [189], AND MOTION TO TERMINATE CASE PER FRCP 58**

NOW COMES DEFENDANTS, objecting to SMJ here and reserving same, including as to the recent series of orders denying relief sought over a year ago, and respectfully REPORT to this Court that the IRA was fully transferred to Fidelity on 3.16.21, without Defendants ever having to have any restriction lifted or contact Fidelity as incorrectly ordered on 3.15.21 [189], and REQUEST the Court decide the Motion to Vacate [191] the 3.15.21 Order, as requiring unneeded, ineffective and impossible relief from Defendants.

WHEREFORE, after deciding the Motion to Vacate, Defendants MOVE the Court to Terminate the matter, and enter judgment and order to same per FRCP 58.

By: *s/ Felipe Gomez, PRO SE*   Date: 03.16.21

Felipe Gomez
fgomez9592@gmail.com
Chicago, IL 60657
312.509.2071

By: s/ *Virginia Prihoda*   Date: 3.16.21
For AJM Gomez

Law Offices of Virginia Prihoda
7551 N. Oakley
Chicago IL
773.262.1712
virginiaprihoda@hotmail.com

ATTACHMENT A

Fidelity Notice of IRA Transfer

     Law Office of Felipe Gomez, Esq. <t312.509.2071@gmail.com>

## Transfer of Assets Request Completed

**Fidelity Investments** <Fidelity.Alerts@fidelity.com>   Tue, Mar 16, 2021 at 5:06 AM
Reply-To: Fidelity_Investments_Service_DoNotReply@fidelity.com
To: t312.509.2071@gmail.com

Fidelity Alert: Transfer of Assets Request Completed

   *Subscription Alert*   Tue Mar 16, 2021
06:05:59 a.m. ET

# Transfer of Assets Request Completed

For account ending in xx90:

Congratulations. Your transfer of assets has been completed successfully.

It may take up to 15 days for your firm to provide cost basis information. We will update your account when this information is received. If cost basis information is not provided by your firm, or if your firm identified any assets as non-covered, you can provide this information yourself on the Positions/Cost Basis page within your Portfolio Summary.

Unsubscribe   |   Send a Secure Message   |   Fidelity Alerts User Agreement

Please do not reply to this email. To verify this email was sent by Fidelity Investments, log in to your account and visit Research > Alerts > View Alerts History.

**Important information:**
Fidelity automatically emails certain alerts to customers who have provided an email address.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917.

537048

© 2021 FMR LLC. All rights reserved.