**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Charles Schwab & Co., Inc.

          Plaintiff,

v.                    Case No.: 1:19−cv−03833
                    Honorable Thomas M. Durkin

Felipe Nery Gomez, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 17, 2021:

   MINUTE entry before the Honorable Thomas M. Durkin: Since the Court's orders at R. [188] and R. [189], there have been a dizzying number of emails − which the Court expressly directed the parties not to send − as well as other filings that have continued to unnecessarily prolong an already overly lengthy case. The issue of whether the Schwab account was restricted or the Fidelity account was restricted is ultimately irrelevant to accomplishing a swift transfer of the funds. There is no need to parse through emails and account statements to resolve this contested issue. The Court's order at R. [189] is amended to note that this is a contested issue. Further, because the Court understands from the parties' emails and Defendants' motion to terminate the case filed yesterday, R. [193], that a transfer of the funds less the attorney's fees awarded by the Court has been made into Arthur Gomez's account effective as of yesterday, Defendants' motion at R. [191] is denied as moot, and this civil case is terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.