# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

February 22, 2022

Before

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| Nos. 21-1344 & 21-2531 | CHARLES SCHWAB & CO., <br> Plaintiff - Appellee <br><br> v. <br><br> FELIPE N. GOMEZ, <br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-03833 <br> Northern District of Illinois, Eastern Division <br> District Judge Thomas M. Durkin ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

(*Footnote-*We deny Felipe's motion to hold the appeal in abeyance pending resolution of later-filed cases.)



CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit